SUZANNE K. BABB (Bar No. 229750)
BEYERS COSTIN SIMON
200 Fourth Street, Ste. 400
Post Office Box 878
Santa Rosa, California 95402-0878
Tele: (707) 547-2000
Fax: (707) 526-2746

*Attorneys for Plaintiff Samer Bishay*

Hannah L. Cannom (Bar No. 245635)
Application to E.D. Cal. pending
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, California 90013
Tele: (213) 337-9972
Fax: (213) 403-4906

*Attorneys for Defendant, ICON Aircraft, Inc.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAMER BISHAY,<br><br>        Plaintiff,<br><br>v.<br><br>ICON AIRCRAFT, INC., a Delaware corporation,<br><br>        Defendant. | Civil Action No. 2:19-cv-00178-KJM-AC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>JURY TRIAL DEMANDED |

Plaintiff Samer Bishay ("Plaintiff") and Defendant, ICON Aircraft, Inc. ("ICON"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on January 28, 2019;

WHEREAS, Plaintiff served ICON on April 26, 2019, and ICON's deadline to answer or otherwise respond to the Complaint is currently set for May 17, 2019; and

WHEREAS, good cause exists for this extension as the extension is permitted by Local Rule 6-144(a), which provides that the parties may stipulate to extend the time to respond to a complaint without leave of Court provided that all parties affected by the extension consent and that the extension is no longer than twenty-eight (28) days;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that the last day for ICON to answer or otherwise respond to Plaintiff's complaint is extended to Tuesday, June 4, 2019.

Respectfully submitted,

BEYERS COSTIN SIMON

Dated: May 17, 2019

By: */s/ Suzanne K. Babb*
_____
SUZANNE K. BABB
Attorneys for Plaintiff

WALKER STEVENS CANNOM LLP

Dated: May 17, 2019

By: */s/ Hannah L. Cannom*
_____
HANNAH L. CANNOM
Attorneys for Defendant

# **ORDER**

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

ICON's deadline to answer or otherwise respond to Plaintiff's complaint is extended to Tuesday, June 4, 2019.

**IT IS SO ORDERED.**

Dated: May 20, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE