1 SUZANNE K. BABB (Bar No. 229750)
BEYERS COSTIN SIMON
2 200 Fourth Street, Ste. 400
3 Post Office Box 878
Santa Rosa, California 95402-0878
4 Tele: (707) 547-2000
Fax: (707) 526-2746
5

6 *Attorneys for Plaintiff Samer Bishay*

7 Hannah L. Cannom (Bar No. 245635)
WALKER STEVENS CANNOM LLP
8 500 Molino Street, Suite 118
9 Los Angeles, California 90013
Tele: (213) 337-9972
10 Fax: (213) 403-4906

11 *Attorneys for Defendant, ICON Aircraft, Inc.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAMER BISHAY, | Civil Action No. 2:19-cv-00178-KJM-AC |
| Plaintiff, | **STIPULATION TO EXTEND TIME; ORDER** |
| v. | |
| ICON AIRCRAFT, INC., a Delaware corporation, | JURY TRIAL DEMANDED |
| Defendant. | |

STIPULATION TO EXTEND TIME

Plaintiff Samer Bishay ("Plaintiff") and Defendant, ICON Aircraft, Inc. ("ICON"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on January 28, 2019;

WHEREAS, ICON filed a Motion to Dismiss the First Amended Complaint on August 21, 2019 (the "Motion");

WHEREAS, Plaintiff opposed the Motion on September 6, 2019;

WHEREAS, ICON filed a Reply in Support of the Motion on September 13, 2019;

WHEREAS, on September 10, 2019, the Court, on its own motion and pursuant to Local Rule 230(g) ordered the Motion submitted without oral argument;

WHEREAS, the Motion is still pending before the Court;

WHEREAS, discovery is scheduled to close on December 18, 2019, and all dispositive motions, except for motions for continuances, temporary restraining orders, or other emergency applications are scheduled to be heard on or before January 17, 2020;

WHEREAS, good cause exists for an extension because the pleadings in this matter have not yet been settled and the parties have engaged in limited discovery because the claims and defenses are unsettled;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that the close of discovery in this matter shall be extended by sixty (60) days from the day that ICON answers an operative complaint and that all other deadlines are similarly extended. At the time that the pleadings have closed, the parties agree to file a stipulation that provides those dates for the Court.

//

//

Respectfully submitted,

Dated: December 10, 2019

BEYERS COSTIN SIMON
By:*/s/ Suzanne K. Babb (as authorized on 12/10/19)*
SUZANNE K. BABB
Attorneys for Plaintiff

Dated: December 10, 2019

WALKER STEVENS CANNOM LLP
By: */s/ Hannah L. Cannom*
HANNAH L. CANNOM
Attorneys for Defendant

## **ORDER**

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

The close of discovery in this matter shall be extended by sixty (60) days from the day that ICON answers an operative complaint and all other deadlines are similarly extended. At the time that the pleadings have closed, the parties shall file a stipulation that provides those dates for the Court.

**IT IS SO ORDERED.**

DATED: December 18, 2019.

_____
UNITED STATES DISTRICT JUDGE