SUZANNE K. BABB (Bar No. 229750)
BEYERS COSTIN SIMON
200 Fourth Street, Ste. 400
Post Office Box 878
Santa Rosa, California 95402-0878
Tele: (707) 547-2000
Fax:  (707) 526-2746

*Attorneys for Plaintiff Samer Bishay*

Hannah L. Cannom (Bar No. 245635)
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, California 90013
Tele: (213) 337-9972
Fax:  (213) 403-4906

*Attorneys for Defendant, ICON Aircraft, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SAMER BISHAY,<br><br>             Plaintiff,<br><br>        v.<br><br>ICON AIRCRAFT, INC., a Delaware corporation,<br><br>             Defendant. | Civil Action No. 2:19-cv-00178-KJM-AC<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT; ORDER**<br><br>JURY TRIAL DEMANDED |

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff Samer Bishay ("Plaintiff") and Defendant, ICON Aircraft, Inc. ("ICON"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, on February 12, 2020, ICON filed a motion to dismiss Plaintiff's Second Amended Complaint;

WHEREAS, on September 14, 2020, the Court entered an order granting ICON's motion, with leave for Plaintiff to amend his complaint within 21 days of the Order.

WHEREAS, Plaintiff's counsel resides in Sonoma County, California, which has been the site of devastating firestorms. The attendant evacuations, destroyed infrastructure, and lack of access to files and reliable telephone and internet connections has prevented Plaintiff's counsel from being able to address the Court's Order with her client within the Court's timeframe;

WHEREAS, Plaintiff's counsel requested and Defendant's counsel has agreed to a ten day extension of time for Plaintiff to file his amended complaint, should he elect to do so;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that the last day for Plaintiff to file an amended complaint is extended to October 15, 2020.

IT IS SO STIPULATED.

Respectfully submitted,

BEYERS COSTIN SIMON

Dated: October 5, 2020

*/s/ Suzanne K. Babb*
By: _____
SUZANNE K. BABB
Attorneys for Plaintiff

WALKER STEVENS CANNOM LLP

Dated: October 5, 2020

*/s/ Hannah L. Cannom*
By: _____
HANNAH L. CANNOM
Attorneys for Defendant

**ORDER**

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

Plaintiff's deadline to file an amended complaint is extended to October 15, 2020.

**IT IS SO ORDERED.**

Dated: October 9, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE